IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.   CASE NO.: 3:06 cR 16/LAC

**KENNETH VINH LE,
CHINH TRUONG CAO,
and
NHAT DUC CAO**

_____/

### MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

The United States of America requests this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. Only one of the defendants in the instant case is in custody. The current whereabouts of some of the other defendants are unknown and the public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendants to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain sealed until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for



06 FEB 23 PM 1:29



FILED

the Northern District of Florida and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the defendants before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

*Dixie A. Morrow for*
EDWIN F. KNIGHT
Assistant U.S. Attorney
Florida Bar No. 0380156
21 East Garden Street, Suite 400
Pensacola, Florida 32501
(850) 444-4000

DONE AND ORDERED this the 21st day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2