IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:06cr16/LAC

CHINH TRUONG CAO
_____/

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture, inter alia, pursuant to Title 21, United States Code, Section 853(p), of the Defendant's interest in any substitute property, up to the value of any property described in any of the subparagraphs (A) through (E) of Title 21, U.S.C., Section 853(p) (1).

AND WHEREAS, on or about March 14, 2006, the Defendant entered a plea of guilty to Counts One and Two and admitted that he had distributed in excess of 100 kilograms of marijuana;

AND WHEREAS, the affidavit submitted by DEA Agent Michael Clear establishes that the defendant paid a minimum price of $450 per pound of marijuana during the conspiracy;

AND WHEREAS, the figure of ninety-nine thousand dollars is calculated from the minimum amount of marijuana (over 100 kilograms) that the defendant has admitted distributing during the course of the conspiracy while paying a minimum price of $450 per pound.

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to entry of a preliminary order of forfeiture in substitute property, pursuant to Title 21, United States Code, Section 853(a)(1) and (2) and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal

Procedure; now wherefore,

    IT IS HEREBY ORDERED:

    1.    That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America. The property which is subject to forfeiture in this Order is as follows:

    **A.)**    **Ninety-nine Thousand and 00/100 dollars ($99,000) in United States Currency**

IT IS SO ORDERED this 22nd day of March, 2006.

                                                            LACEY A. COLLIER
                                                            SENIOR UNITED STATES DISTRICT JUDGE