IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:06cr16/LAC

CHINH TRUONG CAO
_____/

FINAL ORDER OF FORFEITURE AS
TO DEFENDANT CHINH TRUONG CAO

WHEREAS, on March 22, 2006, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and 846, based upon the defendant's guilty plea to Count I of the Indictment in this action and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **CHINH TRUONG CAO** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

IT IS HEREBY ORDERED:

1.     The indictment in this action sought the criminal forfeiture from defendant, **CHINH TRUONG CAO**, pursuant to Title 18, United States Code, Section 982(a)(2), of his interest in any and all property, real or personal, involved in the offenses, or traceable to such property, in violation of Title 18, United States Code, Section 1956(h).

FILED IN OPEN COURT THIS
5/23/06
CLERK
COURT, NORTHERN DIST. FL.

2.  The court finds that the United States has established the requisite nexus between the offense and the property subject to forfeiture, to wit: the sum of $549,000.

3.  That all of defendant **CHINH TRUONG CAO's** right, title and interest in said property described below is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **CHINH TRUONG CAO** for all purposes.

4.  That upon adjudication of all third party interests, or if no third party claims are filed, pursuant to Title 21, United States Code, Section 853(n), and Rule 32.2(c), Fed. R. Crim. P., the United States shall dispose of said property in accordance with law or further Order of this Court.

IT IS SO ORDERED this 23rd day of May, 2006.

_____
LACEY COLLIER
SENIOR UNITED STATES DISTRICT JUDGE