IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No. 3:06cr16/LAC

CHINH TRUONG CAO
_____/

### AMENDED ORDER FORFEITING SUBSTITUTE PROPERTY

This matter came before the Court on the United States' motion to amend order forfeiting certain property of the defendant **Chinh Truong Cao** in substitution for the $549,000.00 money judgment ordered by this Court on May 23, 2006. Having reviewed the Government's motion, this Court hereby, FINDS that **as a result of actions of the defendant Chinh Truong Cao, the $549,000.00** in forfeited proceeds cannot be located upon the exercise of due diligence;

On March 29, 2006, the Court entered an Order Forfeiting Substitute Property in the amount of $99,000.00. This amount was later amended as part of this Court's Final Order of Forfeiture entered on May 23, 2006.

WHEREFORE, IT IS HEREBY ORDERED that:

All of defendant **Chinh Truong Cao's** interest in and to the residential property located at **216 East Lamb Drive, Santa Rosa Beach, Florida,** and more particularly described as **Lot 15, Mack Bayou Pines, according to the plat thereof, recorded in plat book 15, pages 27 and 27A, of the public records of Walton, County, Florida,** is hereby FORFEITED to the United



06 JUL -7 AM 10: 56



FILED

States in substitution for the $549,000.00 forfeiture judgment.

IT IS FURTHER ORDERED that the above substitute property is subject to the disposition of any third party claims to said currency pursuant to Title 21, United States Code, Section 853(n), and further order of this Court;

IT IS FURTHER ORDERED that upon adjudication of all third party interests, the United States shall dispose of all above substitute property in accordance with law, and apply the proceeds thereof up to the amount of the $549,000.00 forfeiture judgement.

IT IS SO ORDERED this **6th** day of **July**, 2006.

_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE