IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:06cr16/LAC

**CHINH TRUONG CAO**

---

FINAL ORDER OF FORFEITURE AS
TO ALL PERSONS AND ENTITIES

WHEREAS, on May 23, 2006, the Court entered a Final Order of Forfeiture As To Defendant **CHINH TRUONG CAO**, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and 846, based upon the defendant's guilty plea to Counts One and Two of the Indictment in this action, and their consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in the Northwest Florida Daily News September 4, 2006 and September 11, 2006 and September 18, 2006, and of the intent of the United States to dispose of the real property in accordance with Title 21, United States Code, Section 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the real property.



06 OCT 24 PM 4: 18



FILED

AND WHEREAS, Regions Financial Corporation filed an Affidavit of Indebtedness setting forth its lien interest in the subject real property.

AND WHEREAS, the United States recognizes that its forfeiture interest in the real property is subject and subordinate to the prior lien in favor of Regions Financial Corporation with an outstanding balance of $125,971.90 as of August 24, 2006, plus interest accruing thereafter at the rate of $33.40 per day, and costs and fees as provided in the Note and Mortgage, as set forth in the Affidavit of Indebtedness of Regions Financial Corporation attached to the United States' Motion for Final Order of Forfeiture; and is also subject to any outstanding property taxes owed to Walton County, Florida.

AND WHEREAS, no other petitions have been filed in this action, and the time for filing petitions expired on October 17, 2006, thirty (30) days after the final publication on September 18, 2006, pursuant to Title 21, United States Code, Section 853(n). Accordingly,

IT IS HEREBY ORDERED:

1.   That all right, title and interest to all of the hereinafter described real property is hereby condemned, forfeited and vested in the United States of America, except as set forth below.

2.   That the real property which is subject to forfeiture in this Order is as follows:

Real property with record title in the name of **CHINH TRUONG CAO,** a single man, as his separate property, as described in Warranty Deed executed on June 23, 2004, and filed in the Official Records of Walton County, Florida, in Official Record

Book 2590 at Page 1611-1615. Said real property is further identified as all that tract or parcel of land, together with its buildings, improvements, fixtures, attachments and easements, commonly known as **216 East Lamb Santa Rosa Beach, Florida,** and more particularly described as follows:

> Lot 15, Mack Bayou Pines, according to the plat thereof, recorded in Plat Book 15, Pages 27 and 27A, of the public records of Walton County, Florida.

3. That the real property is subject to a lien in favor of Regions Financial Corporation with an outstanding balance of $125,971.90 as of August 24, 2006, plus interest accruing thereafter at the rate of $33.40 per day, plus costs and fees as provided in the Note and Mortgage.

4. That the real property also is subject to any outstanding property taxes owed to Walton County, Florida.

5. That no other person or entity has established that they have any legal right, title or interest in said real property forfeited to the United States of America by Order entered on May 23, 2005, and said forfeiture is now final.

6. That the United States shall dispose of said real property in accordance with law

IT IS SO ORDERED this 24th day of Oct, 2006.

_____
LACEY COLLIER
SENIOR UNITED STATES DISTRICT JUDGE